UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD RUSSELL TYKE WHEELER,<br><br>    Defendant. | No. 4:16-CR-6045-SAB-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 20** |

On Thursday, October 20, 2016, the Defendant appeared, out of custody, with Assistant Federal Defender Jeffrey Dahlberg.  Assistant United States Attorney Laurel Holland represented the United States.  The Court conducted a hearing on the United States' Motion to Modify the Defendant's Conditions of Release, as specified in ECF No. 18.  Defendant did not object to the inclusion of the additional special condition that Defendant be prohibited to contact minors.

Accordingly, **IT IS SO ORDERED**:

ORDER GRANTING UNITED STATES' MOTION TO MODIFY
CONDITIONS OF RELEASE  - 1

1. The United States' Motion to Modify the Conditions of Release (**ECF No. 20**) is **GRANTED.**

2. Defendant's conditions of release shall now include SPECIAL CONDITION (7) Defendant shall not have any contact with minors unless approved by the Pretrial Services/Probation Office.

DATED this October 20, 2016.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE