PROB 12C
(6/16)

Report Date:  July 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald Russell Tyke Wheeler        Case Number: 0980 4:16CR06045-SAB-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 20, 2017

| | |
|---|---|
| Original Offense: | Attempted Transfer of Obscene Material to a Minor, 18 U.S.C. § 1470 |
| Original Sentence: | Prison - 60 months; TSR - 36 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter    Date Supervision Commenced: January 21, 2022 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: January 20, 2025 |

## PETITIONING THE COURT

To issue a summons.

On January 27, 2022, a U.S. probation officer  reviewed Mr. Wheeler's conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7 :** You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. 2256 (2).  You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strips clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |

**Supporting Evidence**:

On July 4, 2022, the undersigned officer received notifications that were flagged from Covenant Eyes. The report identified several (approximately 10 photos) sexually explicit images.

**Prob12C**
**Re: Wheeler, Donald Russell Tyke**
**July 18, 2022**
**Page 2**

On July 8, 2022, Mr. Wheeler reported to the U.S. Probation Office as instructed. This officer discussed the notifications from Covenant Eyes with Mr. Wheeler.  During that conversation, he advised that he went on a website to view comic strip content that led to sexually explicit images.  Mr. Wheeler admitted to being on that site in the past and knowing what content that he would be viewing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     07/18/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

7/19/2022

Date