PROB 12C
(6/16)

Report Date: December 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald Russell Tyke Wheeler          Case Number: 0980 4:16CR06045-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 20, 2017

| | | |
|---|---|---|
| Original Offense: | Attempted Transfer of Obscene Material to a Minor, 18 U.S.C. 1470 | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: January 21, 2022 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: January 20, 2025 |

## PETITIONING THE COURT

To issue a summons.

On January 27, 2022, a U.S. probation officer reviewed Mr. Wheeler's conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 7**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |

**Supporting Evidence**: Donald Wheeler allegedly violated the terms of his supervised release by possessing material that depicts sexually explicit conduct, as defined at 18 U.S.C. § 2256(2), on or about November 29, 2022.

On November 17 and 24, 2022, the undersigned officer received notifications from Covenant Eyes with numerous images that were flagged as potentially concerning images.

On November 29, 2022, a home visit was completed. The undersigned discussed his phone activity and advised that Covenant Eyes flagged a number of concerning images. Mr. Wheeler denied viewing any form of pornography or other material in violation of the above-noted special condition.

Prob12C
**Re: Wheeler, Donald Russell Tyke**
**December 6, 2022**
**Page 2**

Initial review of Mr. Wheeler's phone resulted in locating an application (app) called "Scribd." Immediately upon opening this app, the undersigned officer observed pages from a novel describing sexually explicit conduct. In addition, there were numerous book covers that appeared to include sexually explicit conduct.

The phone was confiscated to allow a more thorough search to be conducted. Upon completion of the search, the undersigned observed hundreds of saved booked. The app noted a total of 429 titles. Most, if not all, of the titles were at least partially read, and most, if not all, of the book covers consisted of sexually explicit titles. Some of the book covers were images of sexually explicit conduct, to include what appeared to be a female and a male engaged in sexual intercourse with a portion of her breast exposed. Another book cover appeared to exhibit sadistic or masochistic abuse, in which a nude female was on her knees with her hands and arms bound above her while weights were hanging from her nipples.

It should also be noted, Mr. Wheeler acknowledged having two separate "Sribd" accounts. He logged into the second account. None of the materials observed in the second account included sexual material.

2   **Special Condition #10:** You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: Donald Wheeler allegedly violated the terms of his supervised release on or about November 29, 2022, by failing to follow the lifestyle restrictions and treatment requirements of his sex offender treatment program.

Mr. Wheeler is engaged in a sex offender treatment program and on March 27, 2022, he signed the treatment contract and informed consent with his sex offender treatment therapist. Based on the allegations alleged in violation number 1 above, Mr. Wheeler is considered to be noncompliant with his sex offender treatment program, specifically due to his dishonesty about his online activities.

3   **Special Condition #11:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Donald Wheeler allegedly violated the terms of his supervised release by consuming a controlled substance, marijuana, from on or about October 22, until on or about November 30, 2022.

On December 1, 2022, Mr. Wheeler reported to the U.S. Probation Office as directed. He was asked to submit to urinalysis testing, at which time he wanted to disclose use of marijuana. Mr. Wheeler signed a drug use admission form admitting to first consuming marijuana around October 22, 2022, to using it approximately two to three times per week, and that his use increased to daily around November 2, 2022. He reported he last used marijuana on November 30, 2022.

Prob12C
Re: **Wheeler, Donald Russell Tyke**
**December 6, 2022**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/06/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Signature of Judicial Officer*

12/6/2022
Date